### 51379. TALLEY v. AETNA CASUALTY & SURETY COMPANY et al.

WEBB, Judge.

This workmen's compensation case, in which the only issue pertains to the division of fees between claimant's first and subsequent attorneys, is factually indistinguishable from *Feldman v. Edwards,* 107 Ga. App. 397 (130 SE2d 350) (cert. den.) and is controlled by it adversely to appellant.

*Judgment affirmed. Bell, C. J., and Marshall, J., concur.*

ARGUED NOVEMBER 3, 1975 — DECIDED NOVEMBER 10, 1975.

*William R. Parker,* for appellant.

*Skinner, Wilson, Beals & Strickland, Earl B. Benson, Jr., Grady E. Rozar,* for appellees.